E-FILED
Monday, 18 April, 2005 02:04:45 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:   THE ESTATES OF:<br>KAELA ELIZABETH SLINEY, a minor, and<br>JOSHUA MATTHEW SLINEY, a minor.<br><br>_____<br><br>JOSEPH T. SCHNEIDER and JOAN M. SCHNEIDER,<br>        Petitioners/Respondents,<br>    and<br>MARK E. SLINEY and AMY J. SCHNEIDER,<br>        Respondents/Petitioners<br>    and<br>THE HONORABLE JOHN K. GREANIAS, in his Individual, as well as, Official Capacity,<br>THE HONORABLE ALBERT G. WEBBER IV, in his Individual, as well as, Official Capacity,<br>THE HONORABLE SCOTT B. DIAMOND, in his Individual, as well as, Official Capacity,<br>JAMES T. JACKSON *Attorney for the Petitioners,*<br>BRIDGET C. HOGAN *Attorney for the Petitioners,*<br>ANDREW BOUREY *Guardian Ad Litem,*<br>KURT B. BICKES *Attorney for Petitioner,*<br><br>            THIRD PARTY DEFENDANTS. | Case # 05-1114<br><br><br>APR 1 4 2005<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS |

## NOTICE OF REMOVAL

COMES NOW the Respondent / Petitioner, Amy Joan Schneider, *Pro Se Litigant*, with her

Notice of Removal of this instant case, known in Sixth Judicial Circuit Macon County Illinois

Probate Court No. 93-P-366, in accordance with 42 U.S.C. § 1983, 28 U.S.C. § 1441(a), 28 U.S.C. § 1331, 28 USC § 1443, 28 USC § 1446, and 735 ILCS 5/2-301 *et. seq.*, the United States District Court for the Central District of Illinois has original jurisdiction over this matter, with a Motion in Support of Notice of Removal attached.

Respectfully submitted,

*[signature]*

Amy John Schneider
*Pro Se Litigant*
205 Saratoga Road
Normal IL  61761
(309) 452-7466

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document in the above-captioned matter was deposited in the United States mail, first-class postage prepaid, addressed to:

The Honorable JOHN K. GREANIAS in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 3A
Decatur, Illinois 62523

The Honorable ALBERT G. WEBBER IV, in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 6B
Decatur, Illinois 62523

The Honorable SCOTT B. DIAMOND, in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 6A
Decatur, Illinois 62523

JAMES T. JACKSON
*Attorney for the Petitioners*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

BRIDGET C. HOGAN
*Attorney for the Petitioners*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

ANDREW BOUREY
*Guardian Ad Litem*
101 S. Main Street, Suite 600
Decatur, Illinois 62523

KURT B. BICKES
*Attorney for Petitioner*
101 S. Main Street, Suite 501
Decatur, Illinois 62523

on this 14th day of April, 2005.

Respectfully submitted,

Amy Joan Schneider
*Respondent / Petitioner - Pro Se Litigant*
205 Saratoga Road
Normal Illinois 61761
(309) 452-7466

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL DISTRICT
MACON COUNTY

| | |
|---|---|
| IN RE: THE ESTATES OF: <br> KAELA ELIZABETH SLINEY, a minor, and <br> JOSHUA MATTHEW SLINEY, a minor. <br><br> _____ <br><br> JOSEPH T. SCHNEIDER and JOAN M. SCHNEIDER, <br><br>     Petitioners/Respondents, <br><br>   and <br><br> MARK E. SLINEY and AMY J. SCHNEIDER, <br><br>     Respondents/Petitioners, <br><br>   and <br><br> THE HONORABLE JOHN K. GREANIAS, in his Individual, as well as, Official Capacity, <br><br> THE HONORABLE ALBERT G. WEBBER IV, in his Individual, as well as, Official Capacity, <br><br> THE HONORABLE SCOTT B. DIAMOND, in his Individual, as well as, Official Capacity, <br><br> JAMES T. JACKSON *Attorney for the Petitioners,* <br> BRIDGET C. HOGAN *Attorney for the Petitioners,* <br> ANDREW BOUREY *Guardian Ad Litem,* <br> KURT B. BICKES *Attorney for Petitioner,* <br><br>     THIRD PARTY DEFENDANTS. | Case # **93 P 366** |

## NOTICE OF REMOVAL

COMES NOW Respondent / Petitioner, Amy Joan Schneider, *Pro Se Litigant*, with her

Notice of Removal of this instant case, known in Sixth Judicial Circuit Macon County Illinois

- 1 -

Probate Court No. 93-P-366, in accordance with 42 U.S.C. § 1983, 28 U.S.C. § 1441(a), 28 U.S.C. § 1331, 28 USC § 1443, 28 USC § 1446, and 735 ILCS 5/2-301 *et. seq.*, the United States District Court for the Central District of Illinois has original jurisdiction over this matter, with a Motion in Support of Notice of Removal attached.

Respectfully submitted,

*[signature]*

Amy Joan Schneider
Pro Se Litigant
205 Saratoga Road
Normal IL 61761
(309) 452-7466

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document in the above-captioned matter was deposited in the United States mail, first-class postage prepaid, addressed to:

The Honorable JOHN K. GREANIAS in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 3A
Decatur, Illinois 62523

The Honorable ALBERT G. WEBBER IV, in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 6B
Decatur, Illinois 62523

The Honorable SCOTT B. DIAMOND, in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 6A
Decatur, Illinois 62523

JAMES T. JACKSON
*Attorney for the Petitioners*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

BRIDGET C. HOGAN
*Attorney for the Petitioners*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

ANDREW BOUREY
*Guardian Ad Litem*
101 S. Main Street, Suite 600
Decatur, Illinois 62523

KURT B. BICKES
*Attorney for Petitioner*
101 S. Main Street, Suite 501
Decatur, Illinois 62523

on this 14th day of April, 2005.

Respectfully submitted,

Amy Joan Schneider
*Respondent / Petitioner - Pro Se Litigant*
205 Saratoga Road
Normal Illinois 61761
(309) 452-7466

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

IN RE: THE ESTATES OF:

KAELA ELIZABETH SLINEY, a minor, and
JOSHUA MATTHEW SLINEY, a minor

IN PROBATE

**THIRD PARTY SUMMONS
IN A CIVIL ACTION**
CASE NO: **93 P 366**

JOSEPH T. SCHNEIDER and JOAN M. SCHNEIDER,

    Petitioners / Respondents

v.

MARK E. SLINEY and AMY J. SCHNEIDER,

    Respondents / Petitioners

To: The Honorable JOHN K. GREANIAS, in his
Individual, as well as, Official Capacity.
253 E. Wood Street, Courtroom 3A
Decatur, Illinois 62523

**YOU ARE HERBY SUMMONED** and required to file with the Clerk of Macon County Court and serve upon

AMY JOAN SCHNEIDER,
*Petitioner Pro Se Litigant*
205 Saratoga Road
Normal IL  61761
(309) 452 – 7466

an answer to the third-party complaint, which is herewith served upon you within 20 working days, as law requires, after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default, will be taken against you for the relief demanded in the third party complaint of the Petitioner. You have the option of answering or not answering the Petitioner's complaint pursuant to 735 ILCS 5/2-406 et seq. in which you are required to submit your defenses, if any, to the Petitioner, on the Petitioner's claim.

_____        4-7-05
**Clerk**        **Date**

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

IN RE: THE ESTATES OF:

KAELA ELIZABETH SLINEY, a minor, and
JOSHUA MATTHEW SLINEY, a minor

_____

JOSEPH T. SCHNEIDER and JOAN M.
SCHNEIDER,

    Petitioners / Respondents
  v.

MARK E. SLINEY and AMY J. SCHNEIDER,
    Respondents / Petitioners

IN PROBATE

**THIRD PARTY SUMMONS
IN A CIVIL ACTION**
CASE NO: **93 P 366**

To: The Honorable ALBERT G. WEBBER IV, in his
Individual, as well as, Official Capacity.
253 E. Wood Street, Courtroom 6B
Decatur, Illinois 62523

**YOU ARE HERBY SUMMONED** and required to file with the Clerk of Macon County Court and serve upon

AMY JOAN SCHNEIDER,
*Petitioner Pro Se Litigant*
205 Saratoga Road
Normal IL  61761
(309) 452 – 7466

an answer to the third-party complaint, which is herewith served upon you within 20 working days, as law requires, after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default, will be taken against you for the relief demanded in the third party complaint of the Petitioner. You have the option of answering or not answering the Petitioner's complaint pursuant to 735 ILCS 5/2-406 et seq. in which you are required to submit your defenses, if any, to the Petitioner, on the Petitioner's claim.

_____    _____
**Clerk**                                                **Date**  4-7-05

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

IN RE: THE ESTATES OF:

KAELA ELIZABETH SLINEY, a minor, and
JOSHUA MATTHEW SLINEY, a minor

JOSEPH T. SCHNEIDER and JOAN M. SCHNEIDER,

    Petitioners / Respondents

v.

MARK E. SLINEY and AMY J. SCHNEIDER,
    Respondents / Petitioners

IN PROBATE

**THIRD PARTY SUMMONS
IN A CIVIL ACTION**
CASE NO: **93 P 366**

To: The Honorable SCOTT B. DIAMOND, in his
Individual, as well as, Official Capacity.
253 E. Wood Street, Courtroom 6A
Decatur, Illinois 62523

**YOU ARE HERBY SUMMONED** and required to file with the Clerk of Macon County Court and serve upon

AMY JOAN SCHNEIDER,
*Petitioner Pro Se Litigant*
205 Saratoga Road
Normal IL  61761
(309) 452 – 7466

an answer to the third-party complaint, which is herewith served upon you within 20 working days, as law requires, after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default, will be taken against you for the relief demanded in the third party complaint of the Petitioner. You have the option of answering or not answering the Petitioner's complaint pursuant to 735 ILCS 5/2-406 et seq. in which you are required to submit your defenses, if any, to the Petitioner, on the Petitioner's claim.

_____        _____
**Clerk**                                **Date**  4-7-05

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

IN RE:  THE ESTATES OF:

KAELA ELIZABETH SLINEY, a minor, and
JOSHUA MATTHEW SLINEY, a minor

JOSEPH T. SCHNEIDER and JOAN M. SCHNEIDER,

      Petitioners / Respondents

v.

MARK E. SLINEY and AMY J. SCHNEIDER,
      Respondents / Petitioners

IN PROBATE

**THIRD PARTY SUMMONS
IN A CIVIL ACTION**
CASE NO: **93 P 366**

To: JAMES T. JACKSON
*Attorney for the Petitioners*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

**YOU ARE HERBY SUMMONED** and required to file with the Clerk of Macon County Court and serve upon

AMY JOAN SCHNEIDER,
*Petitioner Pro Se Litigant*
205 Saratoga Road
Normal IL  61761
(309) 452 – 7466

an answer to the third-party complaint, which is herewith served upon you within 20 working days, as law requires, after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default, will be taken against you for the relief demanded in the third party complaint of the Petitioner. You have the option of answering or not answering the Petitioner's complaint pursuant to 735 ILCS 5/2-406 et seq. in which you are required to submit your defenses, if any, to the Petitioner, on the Petitioner's claim.

_____
Clerk

_____
Date: 4-7-05

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

IN RE: THE ESTATES OF:

KAELA ELIZABETH SLINEY, a minor, and
JOSHUA MATTHEW SLINEY, a minor

JOSEPH T. SCHNEIDER and JOAN M. SCHNEIDER,

    Petitioners / Respondents

v.

MARK E. SLINEY and AMY J. SCHNEIDER,
    Respondents / Petitioners

IN PROBATE

**THIRD PARTY SUMMONS
IN A CIVIL ACTION**
CASE NO: **93 P 366**

To: BRIDGET C. HOGAN
*Attorney for the Petitioners*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

**YOU ARE HERBY SUMMONED** and required to file with the Clerk of Macon County Court and serve upon

AMY JOAN SCHNEIDER,
*Petitioner Pro Se Litigant*
205 Saratoga Road
Normal IL  61761
(309) 452 – 7466

an answer to the third-party complaint, which is herewith served upon you within 20 working days, as law requires, after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default, will be taken against you for the relief demanded in the third party complaint of the Petitioner. You have the option of answering or not answering the Petitioner's complaint pursuant to 735 ILCS 5/2-406 et seq. in which you are required to submit your defenses, if any, to the Petitioner, on the Petitioner's claim.

_____
Clerk

_____
Date  4-7-05

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

IN RE: THE ESTATES OF:

KAELA ELIZABETH SLINEY, a minor, and
JOSHUA MATTHEW SLINEY, a minor

JOSEPH T. SCHNEIDER and JOAN M. SCHNEIDER,

    Petitioners / Respondents

v.

MARK E. SLINEY and AMY J. SCHNEIDER,
    Respondents / Petitioners

IN PROBATE

**THIRD PARTY SUMMONS
IN A CIVIL ACTION**
CASE NO: **93 P 366**

To: ANDREW BOUREY
*Guardian Ad Litem*
101 S. Main Street, Suite 600
Decatur, Illinois 62523

**YOU ARE HERBY SUMMONED** and required to file with the Clerk of Macon County Court and serve upon

AMY JOAN SCHNEIDER,
*Petitioner Pro Se Litigant*
205 Saratoga Road
Normal IL  61761
(309) 452 – 7466

an answer to the third-party complaint, which is herewith served upon you within 20 working days, as law requires, after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default, will be taken against you for the relief demanded in the third party complaint of the Petitioner. You have the option of answering or not answering the Petitioner's complaint pursuant to 735 ILCS 5/2-406 et seq. in which you are required to submit your defenses, if any, to the Petitioner, on the Petitioner's claim.

_____     _____
**Clerk**                                                **Date**  4-7-05

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

IN RE: THE ESTATES OF:

KAELA ELIZABETH SLINEY, a minor, and
JOSHUA MATTHEW SLINEY, a minor

JOSEPH T. SCHNEIDER and JOAN M.
SCHNEIDER,

      Petitioners / Respondents

v.

MARK E. SLINEY and AMY J. SCHNEIDER,
      Respondents / Petitioners

IN PROBATE

**THIRD PARTY SUMMONS
IN A CIVIL ACTION**
CASE NO: **93 P 366**

To: KURT B. BICKES
*Attorney for Petitioner*
101 S. Main Street, Suite 501
Decatur, Illinois 62523

**YOU ARE HERBY SUMMONED** and required to file with the Clerk of Macon County Court and serve upon

AMY JOAN SCHNEIDER,
*Petitioner Pro Se Litigant*
205 Saratoga Road
Normal IL 61761
(309) 452 – 7466

an answer to the third-party complaint, which is herewith served upon you within 20 working days, as law requires, after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default, will be taken against you for the relief demanded in the third party complaint of the Petitioner. You have the option of answering or not answering the Petitioner's complaint pursuant to 735 ILCS 5/2-406 et seq. in which you are required to submit your defenses, if any, to the Petitioner, on the Petitioner's claim.

_____
Clerk

4-7-05
_____
Date

# AFFIDAVIT OF SERVICE

I, David Martin Price, President of General Security Services Corporation, who resides at 3121 SE Fremont Street, Topeka, Kansas 66605, (785) 267-5132, do hereby certify that a true and correct copy of the foregoing document [Motion to Amend Third Party Defendant's into This Case & A Third Party Summons], was made by personal service to the following individuals for Respondent/Petitioner in Case # 93-P-366, by me on the dates and times listed below.

The Honorable JOHN K. GREANIAS in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 3A
Decatur, Illinois 62523

Time: 2:19 pm
Date: April 7th 2005

The Honorable ALBERT G. WEBBER IV, in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 6B
Decatur, Illinois 62523

Time: 2:16 pm
Date: April 7th 2005

The Honorable SCOTT B. DIAMOND, in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 6A
Decatur, Illinois 62523

Time: 1:48 pm
Date: April 7th 2005

JAMES T. JACKSON
*Attorney for the Petitioners*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

Time: 1:23 pm
Date: April 7th 2005

BRIDGET C. HOGAN
*Attorney for the Petitioners*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

Time: 1:16 pm
Date: April 7th 2005

ANDREW BOUREY
*Guardian Ad Litem*
101 S. Main Street, Suite 501
Decatur, Illinois 62523

Time: 1:30 pm
Date: April 7th 2005

KURT B. BICKES
*Attorney for Petitioner*
101 S. Main Street, Suite 500
Decatur, Illinois 62523

Time: 2:45 pm
Date: April 7th 2005

Respectfully submitted,

*David Martin Price* (signature)

David Martin Price
President of General Security Services Corp.
3121 SE Fremont St.
Topeka, Kansas 66605
(785) 267-5132

**SUBSCRIBED AND SWORN** to before me on this ___7___ day of April 2005.

_____,
**NOTARY PUBLIC**

OFFICIAL SEAL
Mark Hoffmire
Notary Public, State of Illinois
My Commission Expires on 12/09/2006

My commission expires on: ___12-9-06___,

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
MACON COUNTY, ILLINOIS

IN RE:    THE ESTATES OF:                           )
                                                    )    IN PROBATE
KAELA ELIZABETH SLINEY, a minor, and                )
                                                    )
JOSHUA MATTHEW SLINEY, a minor.                     )
                                                    )
                                                    )    Case # 93-P-366
_____                 )
                                                    )
JOSEPH T. SCHNEIDER and JOAN M.                     )
SCHNEIDER,                                          )
                                                    )
         Petitioners/Respondents,                   )
                                                    )
    and                                             )
                                                    )
MARK E. SLINEY and AMY J. SCHNEIDER,                )
                                                    )
         Respondents/Petitioners.                   )
                                                    )
                                                    )
                                                    )
The Honorable JOHN K. GREANIAS, in his              )
Individual, as well as, Official Capacity.          )
253 E. Wood Street, Courtroom 3A                    )
Decatur, Illinois 62523                             )
                                                    )
The Honorable ALBERT G. WEBBER IV, in his           )
Individual, as well as, Official Capacity.          )
253 E. Wood Street, Courtroom 6B                    )
Decatur, Illinois 62523                             )
                                                    )
The Honorable SCOTT B. DIAMOND, in his              )
Individual, as well as, Official Capacity.          )
253 E. Wood Street, Courtroom 6A                    )
Decatur, Illinois 62523                             )
                                                    )
JAMES T. JACKSON                                    )
*Attorney for the Petitioners*                      )
225 N. Water Street, Suite 301                      )
Decatur, Illinois 62525-1400                        )
                                                    )
BRIDGET C. HOGAN                                    )
*Attorney for the Petitioners*                      )
225 N. Water Street, Suite 301                      )
Decatur, Illinois 62525-1400                        )
                                                    )
                                                    )
                                                    )

- 1 -

| | |
|---|---|
| ANDREW BOUREY<br>*Guardian Ad Litem*<br>101 S. Main Street, Suite 600<br>Decatur, Illinois 62523<br><br>KURT B. BICKES<br>*Attorney for Petitioner*<br>101 S. Main Street, Suite 501<br>Decatur, Illinois 62523<br><br>THIRD PARTY DEFENDANTS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO AMEND THIRD PARTY DEFENDANTS INTO THIS CASE**

(Pursuant to 735 ILCS 5/2-406 et seq.)

**COMPLAINT**

**COMES NOW** on this 7th day of April 2005, the Respondent / Petitioner, acting as a *Pro Se litigant*, is filing a Motion to Amend Third Party Defendants into this case pursuant to 735 ILCS 5/2-406 et seq. The Motion is as follows;

1)   The above referenced Third Party Defendants named are individuals who have interfered with parental rights, have obstructed justice, have committed perjury, and violated laws in the State of Illinois, as well as, Federal laws, in which jurisdiction and venue is proper pursuant to 42 U.S.C. § 1981, 42 U.S.C. § 1985, the 6th Amendment to the United States Constitution, the 14th Amendment to the United States Constitution, constitutionally guaranteed by 42 U.S.C. § 1983, The Uniform Adoption Act, Biological Rights Doctrine, Uniform Child Custody Jurisdiction Act, Punitive and Unknown Fathers Act, and Parental Preference Doctrine, in which a Third Party Summons in this civil action will be attached hereto, and served upon the above named individuals in this complaint.

- 2 -

2) The Court allowed the Petitioners to commit fraud before the courts and stated that the Respondent / Petitioner is a danger to the safety, health, and welfare of her two Caucasian children, without stating a legal reason, or by Illinois statutes, to terminate parental rights, in which the Respondent / Petitioner does not fit the required elements, due to the fact that she still has residential custody of three other children of African American race, which constitutes child trafficking, extortion and racketeering, parental kidnapping, in which these individuals should be sanctioned.

3) The Courts, GAL and the Petitioner's attorneys are attempting to drain the Respondent / Petitioner's financial abilities to support her children, as well as, make contemptible allegations, without substantial proof, as law requires, to place the Respondent / Petitioner under duress and fear, which constitutes extortion and racketeering, parental kidnapping, in which these individuals should be sanctioned.

4) This is evident in the circuit court of not following proper procedures, as law requires, **_see ref. Stanley v. Illinois 405 U.S. 645 (1972)_**, in order to terminate the parental rights, which constitutes violations of parental rights guaranteed by the 14th Amendment to the United States Constitution, under rights to family, or guaranteed by the 6th Amendment to the United States Constitution, under due process rights, in which jurisdiction and venue is proper pursuant to 42 U.S.C. § 1981, 42 U.S.C. § 1985, the 6th Amendment to the United States Constitution, the 14th Amendment to the United States Constitution, constitutionally guaranteed by 42 U.S.C. § 1983, The Uniform Adoption Act, Biological Rights Doctrine, Uniform Child Custody Jurisdiction Act, Punitive and Unknown Fathers Act, and Parental Preference Doctrine, all of which are removable to a Federal Court of law.

5) A copy of this will be sent to the Attorney General's to represent the above named

Judges for the circuit court of Macon County, Illinois.

6) Any and all of the above named Third Party Defendants need to remove themselves from this case immediately.

7) The Respondent / Petitioner is requesting an automatic stay of all proceedings within this case, until these issues can be resolved, as law requires.

8) The Respondent / Petitioner is requesting monitory, compensatory, and punitive damages for psychological and mental duress caused by the actions of the Petitioners and Third Party Defendants, within this case, in excess of 4.6 million dollars, as well as, damages incurred by attorney expenses, filing fees, etc.

**THEREFORE,** the Respondent / Petitioner, acting as a *Pro Se litigant*, is filing a Motion to Amend Third Party Defendants into this case pursuant to 735 ILCS 5/2-406 et seq.

Respectfully submitted,

*Amy Joan Schneider*
AMY JOAN SCHNEIDER,
Petitioner Pro Se Litigant
205 Saratoga Road
Normal IL  61761

- 4 -