**E-FILED**
Monday, 25 April, 2005  10:21:15 AM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
#### PEORIA DIVISION

```
JOSEPH SCHNEIDER, et al.,      )
                               )
        Plaintiffs,            )
                               )
    v.                         )      No. 05-1114
                               )
MARK SLINEY, et al.,           )
                               )
        Defendants.            )
```

## **O R D E R**

One of the defendants has attempted to remove a case from the Macon County Circuit Court. A case may be removed to the district and division embracing the place where the action is pending. 28 U.S.C. §§ 1441(a), 1446(a). Macon County is in the Urbana Division. This case is hereby transferred to the Urbana Division.

Signed this 25th day of April 2005.

```
              /s/ Joe B. McDade
              JOE BILLY McDADE
           United States District Judge
```

1