**E-FILED**
Wednesday, 27 April, 2005  04:57:31 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT FOR
## THE CENTRAL DISTRICT OF ILLINOIS

IN RE:    THE ESTATES OF:                        )
KAELA ELIZABETH SLINEY, a minor, and             )
JOSHUA MATTHEW SLINEY, a minor.                  )
                                                 )
_____ )    Urbana Div. **# 05-2097**
                                                 )    Peoria Div. **# 05-1114**
JOSEPH T. SCHNEIDER and JOAN M.                  )
SCHNEIDER,                                       )
          Petitioners/Respondents,               )
     and                                         )
MARK E. SLINEY and AMY J. SCHNEIDER,             )
          Respondents/Petitioners                )
     and                                         )
THE HONORABLE JOHN K. GREANIAS, in his           )
Individual, as well as, Official Capacity,       )
THE HONORABLE ALBERT G. WEBBER IV, in            )
his Individual, as well as, Official Capacity,   )
THE HONORABLE SCOTT B. DIAMOND, in his           )
Individual, as well as, Official Capacity,       )
JAMES T. JACKSON, BRIDGET C. HOGAN,              )
ANDREW BOUREY, KURT B. BICKES,                   )
                                                 )
                                                 )
     THIRD PARTY DEFENDANTS.                     )

**FILED**

**APR 2 7 2005**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## AMENDED NOTICE OF REMOVAL

COMES NOW the Respondent / Petitioner, Amy Joan Schneider, *Pro Se Litigant*, with her

Amended Notice of Removal of these instant cases, known in Sixth Judicial Circuit Macon

County Illinois Court as Nos. 93-P-366, 03-P-348 and 05-CC-17 in accordance with 42 U.S.C. §

1983, 28 U.S.C. § 1441(a), 28 U.S.C. § 1331, 28 USC § 1443, 28 USC § 1446, and 735 ILCS

5/2-301 *et. seq.*, the United States District Court for the Central District of Illinois has original

jurisdiction over this matter, with a Motion in Support of Amended Notice of Removal attached.

Respectfully submitted,

Amy Joan Schneider
*Pro Se Litigant*
205 Saratoga Road
Normal IL 61761
(309) 452-7466

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document in the above-captioned matter was deposited in the United States mail, first-class postage prepaid, addressed to:

The Honorable JOHN K. GREANIAS in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 3A
Decatur, Illinois 62523

The Honorable ALBERT G. WEBBER IV, in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 6B
Decatur, Illinois 62523

The Honorable SCOTT B. DIAMOND, in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 6A
Decatur, Illinois 62523

BRIDGET C. HOGAN
*Third Party Defendant*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

2

JAMES T. JACKSON
*Third Party Defendant*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400


ANDREW BOUREY
*Third Party Defendant*
101 S. Main Street, Suite 600
Decatur, Illinois 62523

KURT B. BICKES
*Third Party Defendant*
101 S. Main Street, Suite 501
Decatur, Illinois 62523

Benito DiTerlizzi
C/O KURT B. BICKES
*Third Party Defendant*
101 S. Main Street, Suite 501
Decatur, Illinois 62523

Dan Coates and Karen Coates
4305 Travis St.
San Angelo, TX 76903

on this 26th day of April, 2005.

Respectfully submitted,

Amy Joan Schneider
*Respondent / Petitioner - Pro Se Litigant*
205 Saratoga Road
Normal Illinois 61761
(309) 452-7466