E-FILED
Wednesday, 27 April, 2005  05:04:08 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS

IN RE:   THE ESTATES OF: )
KAELA ELIZABETH SLINEY, a minor, and )
JOSHUA MATTHEW SLINEY, a minor. )
)
_____ )
)   Urbana Div. Case No. **05-2097**
JOSEPH T. SCHNEIDER and JOAN M. )
SCHNEIDER, )   Peoria Div. Case No. **05-1114**
)
    Petitioners/Respondents, )
and )
)
MARK E. SLINEY and AMY J. SCHNEIDER, )
)
    Respondents/Petitioners )
and )
)
THE HONORABLE JOHN K. GREANIAS, in his )
Individual, as well as, Official Capacity, )
THE HONORABLE ALBERT G. WEBBER IV, in )
his Individual, as well as, Official Capacity, )
THE HONORABLE SCOTT B. DIAMOND, in his )
Individual, as well as, Official Capacity, )
JAMES T. JACKSON, BRIDGET C. HOGAN, )
ANDREW BOUREY, KURT B. BICKES, )
)
    THIRD PARTY DEFENDANTS. )

**FILED**
APR 27 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**MOTION FOR PRELIMINARY INTERLOCUTORY INJUNCTION**

COMES NOW, Petitioner Amy Joan Schneider, *Pro Se Litigant,* on this 26th day of April, 2005, and files her Motion for Preliminary Interlocutory Injunction pursuant to 28 U.S.C. § 1443 and § 1446.

1. On April 14, 2005, Petitioner Amy Joan Schneider ("Mother") filed and served her Notice of Removal to Federal Court of the instant case known in the Sixth Judicial Circuit Macon County Illinois Probate Court as No. 93-P-366, in the United States District Court for the

Central District of Illinois in Peoria, Federal Court Case Number 05-1114.

2. On April 14, 2005, Petitioner Schneider's Notice of Removal to Federal Court was served upon the Third Party Defendants in this case, listed above, including the Honorable Judge Albert G. Webber IV, ("Judge Webber").

3. On April 14, 2005, Petitioner Amy Joan Schneider filed her Notice of Removal upon the parties in accordance with 42 U.S.C. § 1983, 28 U.S.C. § 1441(a), 28 U.S.C. § 1331, 28 U.S.C. § 1443, and 28 U.S.C. § 1446.

4. On April 19, 2005, Judge Albert Webber and three other Third Party Defendants to this case, Andrew Bourey, Kurt B. Bickes and James Jackson, participated in a hearing where they intentionally ignored the Federal Statute and proceeded to enter exhibits and evidence into the state Court record including Third Party Defendant Kurt Bickes' *redacted* "Affidavit As To Attorney Fees" and James Jackson's *redacted* "Affidavit Of Attorney Fees" both illegally submitted into the record of a case that has been duly removed from the jurisdiction of the state Court.

5. On April 19, 2005, Judge Albert Webber conducted a hearing in his courtroom in which Judge Webber erroneously accused the Petitioner Mother Amy Joan Schneider of accusing him of "bribery". Judge Albert Webber forced the Mother to take the witness stand before his court and proceeded to grill the Mother on the specific issues regarding the Mother's Fourteenth Amendment Constitutional Complaint, now pending in Federal Court. Three other third party defendants, Andrew Bourey, James Jackson, and Kurt Bickes, were personally present and participated in the hearing. All of the Third Party Defendants were served notices of Removal on April 14, 2005.

6. On April 21, 2005 Judge Albert Webber was on notice that Macon County Illinois

Probate Case No. 93-P-366 had been removed to the Federal District Court and that his state court had lost jurisdiction and *"shall proceed no further"* upon the filing of the Notice of Removal with the United States District Court; nevertheless on April 21, 2005 Judge Webber illegally issued an order and judgment "against Amy Joan Schneider in the amount of $45,251.42, and as a "sanction" and summarily dismissed the natural mother Amy Joan Schneider's pending Verified Petition to Terminate Guardianship of Karen Coates.

7. On April 25, 2005 Judge Albert Webber was on notice that Macon County Illinois Probate Case No. 93-P-366 had been removed to the Federal District Court and that his court had lost jurisdiction and *"shall proceed no further"* upon the filing of the Notice of Removal; nevertheless, again on April 25, 2005 Judge Webber issued an order on the court docket sheet which addressed Third Party Defendant Andrew Bourey's "report" to the court. Judge Webber then set a hearing for June 9, 2005 at 9:30, to be held before Judge Albert Webber's court. (See docket sheet attached.)

8. On April 26, 2005, Petitioner Schneider's Amended Notice of Removal to Federal Court was served upon the Third Party Defendants in this case, listed above, including the Honorable Judge Albert G. Webber IV, ("Judge Webber") case No. 05-2097.

9. On April 26, 2005, Petitioner Amy Joan Schneider filed her Amended Notice of Removal upon the parties in accordance with 42 U.S.C. § 1983, 28 U.S.C. § 1441(a), 28 U.S.C. § 1331, 28 U.S.C. § 1443, 28 U.S.C. § 1446, and 735 ILCS 5/2-301 *et. seq.*

WHEREFORE, Petitioner and natural Mother Amy Joan Schneider respectfully requests that Judge Albert G. Webber IV be ordered, enjoined or otherwise commanded to immediately cease and desist all action in Macon County Probate Case 93-P-366, 03-P-348 and 05-CC-17 including Judge Webber's rulings of April 19, 20, 21 and 25, 2005, pending further rulings by

the Federal District Court for the Central District of Illinois, Fed Case No. 05-1114, now transferred case number 05-0297, and that any and all orders issued by the Macon County Illinois Probate Court subsequent to the Notice Of Removal which was duly filed and served upon Third Party Defendant Judge Albert Webber, be stricken and held for naught, and for any other such general relief deemed just and proper.

Respectfully submitted,

*Amy Joan Schmidt*
Amy Joan Schneider
*Pro Se Litigant*
205 Saratoga Road
Normal IL  61761
(309) 452 – 7466

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document in the above-captioned matter was deposited in the United States mail, first-class postage prepaid, addressed to:

The Honorable JOHN K. GREANIAS in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 3A
Decatur, Illinois 62523

The Honorable ALBERT G. WEBBER IV, in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 6B
Decatur, Illinois 62523

The Honorable SCOTT B. DIAMOND, in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 6A
Decatur, Illinois 62523

JAMES T. JACKSON
*Third Party Defendant*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

BRIDGET C. HOGAN
*Third Party Defendant*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

ANDREW BOUREY
*Third Party Defendant*
101 S. Main Street, Suite 501
Decatur, Illinois 62523

KURT B. BICKES
*Third Party Defendant*
101 S. Main Street, Suite 600
Decatur, Illinois 62523

BENITO DITERLIZZI
C/O KURT B. BICKES
*Third Party Defendant*
101 S. Main Street, Suite 600
Decatur, Illinois 62523

DAN COATES AND KAREN COATES
4305 Travis St.
San Angelo, TX 76903

on this 26th day of April 2005.

Respectfully submitted,

Amy Joan Schneider
*Petitioner - Pro Se Litigant*
205 Saratoga Road
Normal, IL 61761
(309) 452 - 7466