## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

|  |  |
|---|---|
| IN RE: AMY J. SCHNEIDER, ) | |
| ) | Case No. 05-CV-2097 |
| Petitioner. ) | |

### ORDER

On April 14, 2005, Petitioner, Amy J. Schneider, filed a Notice of Removal (#1) in the United States District Court for the Central District of Illinois, Peoria Division. On April 25, 2005, United States District Judge Joe Billy McDade entered an Order (#3) transferring this case to the Urbana Division. On April 27, 2005, Petitioner filed an Amended Notice of Removal (#4), a Memorandum in Support of Removal (#5), a Motion for Preliminary Interlocutory Injunction (#6), and a Memorandum in Support of the Motion for Preliminary Injunction (#7).

In essence, Petitioner is attempting to remove a 1993 Macon County probate case, Case No. 93-P-366, to federal court and is seeking an order from this court enjoining proceedings in the Macon County probate case. It is this court's duty to assure that it has subject matter jurisdiction before proceeding in any case. See Belleville Catering Co. v. Champaign Market Place, L.L.C., 350 F.3d 691, 693 (7th Cir. 2003). Here, Petitioner has provided this court with no basis for removal of a state court probate case. This court is confident that none exists. Furthermore, even if there was an arguable basis for such removal, it is clearly untimely. See 28 U.S.C. § 1446(b) ("notice of removal in a civil action or proceeding shall be filed within thirty days"). Accordingly, this case is remanded to the circuit court of Macon County for further proceedings.

IT IS THEREFORE ORDERED THAT:

(1) Because this court does not have subject matter jurisdiction, this case is remanded to the

circuit court of Macon County.

(2) Petitioner's Motion for Preliminary Interlocutory Injunction (#6) is therefore MOOT.

(3) This case is terminated.

ENTERED this 28th day of April, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF JUDGE