AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**JOSEPH SCHNEIDER et al.,**
          **Plaintiffs,**

vs.                                                                                     Case Number:   **05-2097**

**MARK E. SLINEY et al,**
          **Defendants.**

☐ **DECISION BY THE COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that this court does not have subject matter jurisdiction.  This case is remanded to the circuit court of Macon County. Case is terminated.

ENTER this 28th day of April, 2005

**s/John M. Waters**

_____
JOHN M. WATERS, CLERK

**s/S. Johnson**

_____
BY:  DEPUTY CLERK