UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
MAY 0 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

IN RE:    THE ESTATES OF: )
KAELA ELIZABETH SLINEY, a minor, and )
JOSHUA MATTHEW SLINEY, a minor. )
_____ )
                                     )
JOSEPH T. SCHNEIDER and JOAN M. )
SCHNEIDER, )              Case # 05-2097
        Petitioners/Respondents, )
    and )
MARK E. SLINEY and AMY J. SCHNEIDER, )
        Respondents/Petitioners, )
    and )
THE HONORABLE JOHN K. GREANIAS, in his )
Individual, as well as, Official Capacity, )
THE HONORABLE ALBERT G. WEBBER IV, in )
his Individual, as well as, Official Capacity, )
THE HONORABLE SCOTT B. DIAMOND, in his )
Individual, as well as, Official Capacity, )
JAMES T. JACKSON, BRIDGET C. HOGAN, )
ANDREW BOUREY, KURT B. BICKES, )
                                     )
        THIRD PARTY DEFENDANTS. )

**MOTION TO RECONSIDER REMOVAL
AND DISMISSAL OF CIVIL ACTION**

COMES NOW Respondent / Petitioner, Amy Joan Schneider, *Pro Se Litigant*, with her Motion To Reconsider Removal and Dismissal Of Civil Action, and herein states the following reasons;

1.   On April 7, 2005, pursuant to 28 § 1446 (b), the Petitioner Amy Joan Schneider ("Petitioner") "effectively served" an "initial pleading" in the form of a Summons and Complaint

1

upon Third Party Defendants THE HONORABLE JOHN K. GREANIAS, Macon County Circuit Court Presiding Judge of the Sixth Judicial Circuit; THE HONORABLE ALBERT G. WEBBER IV, Macon County Circuit Court Judge of the Sixth Judicial Circuit; THE HONORABLE SCOTT B. DIAMOND, Macon County Circuit Court Associate Judge of the Sixth Judicial Circuit; JAMES T. JACKSON; BRIDGET C. HOGAN; ANDREW BOUREY; and KURT B. BICKES.

2. On April 14, 2005, Petitioner Amy Joan Schneider filed a Notice of Removal in the United States District Court for the Central District of Illinois, Peoria Division No. 05-1114.

3. On April 25, 2005, United States District Judge Joe Billy McDade entered an Order transferring this case to the Urbana Division, where the case was assigned No. 05-2097.

4. On April 27, 2005, Petitioner filed an amended notice of removal and memorandum in support of removal.

5. On April 28, 2005, United States District Judge Michael P. McCluskey entered an order dismissing and remanding case No. 05-CV-2097 to the circuit court of Macon County, citing 1) no basis provided for removal, and 2) it was an untimely notice of removal under 28 U.S.C. § 1446(b); the District Court found that it does not have subject matter jurisdiction.

6. The April 28, 2005 order did not address Petitioner's April 7, 2005 effective summons and complaint which were inadvertently omitted from Petitioner's pleadings, however a true copy was attached as an exhibit thereto.

7. Because of the effective summons and complaint, Petitioner's Notice of Removal is timely and the United States District Court does have subject matter jurisdiction in this case.

8. A Memorandum of Law is attached and incorporated hereto.

WHEREFORE, because of good cause shown, order dismissing petitioner's case should

be vacated and the case returned to the docket of the district court.

Respectfully submitted,

AMY JOAN SCHNEIDER

*Amy Joan Schneider*
*Petitioner, Pro se Litigant*
205 Saratoga Road
Normal IL  61761
(309) 452 - 7466

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document in the above-captioned matter was deposited in the United States mail, first-class postage prepaid, addressed to:

KRISTIN A. KRSEK #6275309
Office of the Attorney General
500 South Second Street
Springfield IL  62706

BRIDGET C. HOGAN
JAMES T. JACKSON
*Third Party Defendants*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

ANDREW BOUREY
*Third Party Defendant*
101 S. Main Street, Suite 501
Decatur, Illinois 62523

KURT B. BICKES
*Third Party Defendant*
101 S. Main Street, Suite 600
Decatur, Illinois 62523

BENITO DITERLIZZI
C/O KURT B. BICKES
*Third Party Defendant*

3

101 S. Main Street, Suite 600
Decatur, Illinois 62523

DAN COATES AND KAREN COATES
4305 Travis St.
San Angelo, TX 76903

on this 30th day of April 2005.

Respectfully submitted,

*[signature]*

Amy Joan Schneider
*Petitioner - Pro Se Litigant*
205 Saratoga Road
Normal, IL 61761
(309) 452 - 7466