E-FILED
Monday, 02 May, 2005  02:21:40 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

**FILED**

MAY 0 2 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOI
URBANA, IL

| | | |
|---|---|---|
| IN RE:    THE ESTATES OF:<br>KAELA ELIZABETH SLINEY, a minor, and<br>JOSHUA MATTHEW SLINEY, a minor.<br><br>_____<br>JOSEPH T. SCHNEIDER and JOAN M.<br>SCHNEIDER,<br>　　　Petitioners/Respondents,<br>　and<br>MARK E. SLINEY and AMY J. SCHNEIDER,<br>　　　Respondents/Petitioners,<br>　and<br>THE HONORABLE JOHN K. GREANIAS, in his<br>Individual, as well as, Official Capacity,<br>THE HONORABLE ALBERT G. WEBBER IV, in<br>his Individual, as well as, Official Capacity,<br>THE HONORABLE SCOTT B. DIAMOND, in his<br>Individual, as well as, Official Capacity,<br>JAMES T. JACKSON, BRIDGET C. HOGAN,<br>ANDREW BOUREY, KURT B. BICKES,<br><br>　　　THIRD PARTY DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case # 05-2097 |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO RECONSIDER REMOVAL**
**AND DISMISSAL OF CIVIL ACTION**

COMES NOW Respondent / Petitioner, Amy Joan Schneider, *Pro Se Litigant*, with her

Motion To Reconsider Removal and Dismissal Of Civil Action, and herein states the following

reasons;

On April 7, 2005, pursuant to 28 U.S.C. § 1446(b), Petitioner Amy Joan Schneider

("Petitioner") "effectively served" an "initial pleading" in the form of a Summons and Complaint

1

upon Third Party Defendants THE HONORABLE JOHN K. GREANIAS, Macon County Circuit Court Presiding Judge of the Sixth Judicial Circuit; THE HONORABLE ALBERT G. WEBBER IV, Macon County Circuit Court Judge of the Sixth Judicial Circuit; THE HONORABLE SCOTT B. DIAMOND, Macon County Circuit Court Associate Judge of the Sixth Judicial Circuit; JAMES T. JACKSON; BRIDGET C. HOGAN; ANDREW BOUREY; and KURT B. BICKES. (See attached.)

The Petitioner's April 7, 2005 Summons and Complaint officially made all Defendants parties to the litigation, subjected them to the jurisdiction of the state court, gave them the opportunity to examine the basis for the action, provided factual allegations on which the Petitioner based her claims, and made this litigation ascertainably removable under § 1446(b).

Petitioner's effective summons and complaint raises a federal question because it asserts claims under 42 U.S.C. § 1983 and 18 U.S.C. § 242, for alleged violations of Petitioner's federal constitutional rights.   See _Caterpillar, Inc. v. Williams_, 482 U.S. 386, 392-93 (1987), "When a federal question is present on the face of the complaint, the district court has original jurisdiction and the action may be removed to federal court." _Metropolitan Life Ins. Co. v. Taylor_, 481 U.S. 58, 63 (1987); "The district courts have original jurisdiction under the federal question statute over cases "arising under the Constitution, laws, or treaties of the United States." §1331.  "It is long settled law that a cause of action arises under federal law only when the plaintiff's well-pleaded complaint raises issues of federal law." _Metropolitan Life Ins. Co._, supra, at 63.

On page three of Petitioner's April 7, 2005, complaint, ¶ 4 states in part, "all of which are removable to a federal court of law."  Complaint provided notice to the Defendants and indicated that the action is, or had become, removable and qualifies as an initial pleading under 28 U.S.C. § 1446 (b).  See _Ritchey v. Upjohn Drug Co._, 139 F.3d 1313 (9th Cir.1998).

2

The Petitioner's Summons and Complaint served all Third Party Defendants with adequate notice by stating the nature of the action and the relief sought and is therefore an initial pleading within the meaning of 28 U.S.C. § 1446 (b).   See *Figueroa v. Kim* (SD NY) 813 F Supp 267, which states in part:

> courts in this District have held that any document from which the defendant can "intelligently ascertain removability" constitutes an initial pleading. *See Flood v. Celin Jewelry, Inc.,* 775 F.Supp. 700 (S.D.N.Y.1991); *Sharon v. Nat'l Life Ins. Co. of Vermont,* No. 88 Civ. 4120, 1988 WL 87508, at *1 (S.D.N.Y. Apr. 12, 1988); *Universal Motors Group v. Wilkerson,* 674 F.Supp. 1108 (S.D.N.Y.1987); *Fisher v. Bangor Punta Corp.,* No. 85 Civ. 0497-CSH, 1987 WL 8650, at *1 (S.D.N.Y. Mar. 27, 1987)

Petitioner's filing of individual claims that provides a basis for removal under 18 U.S.C. § 242, 42 U.S.C. § 1983, 28 U.S.C. § 1441(a), 28 U.S.C. § 1331, 28 U.S.C. § 1443, 28 U.S.C. § 1446, and 735 ILCS 5/2-301 *et seq.,* which also constituted "other paper" raising sufficient issues of federal law to trigger the 30-day period for removal.  See *Leboeuf v. Texaco*, 9 F.Supp. 2d 661 (E.D. La.1998).

On April 14, 2005, seven days after effective summons of Defendants, Petitioner Amy Joan Schneider filed her Notice of Removal with the United States District Court for the Central District of Illinois, Peoria Division, clearly inside of the 30-day period prescribed by law.

In paragraph two, 28 U.S.C. § 1446(b), provides additional events, other than original actions, wherein a defendant may remove a state court action into a federal district court.  The second paragraph of 1446(b) states as follows:

> If the case stated by the initial pleading is not removable, a petition for removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

Petitioner's personal service upon all Third Party Defendants and prompt Removal to the United States District Court within the 30 days as prescribed by 28 U.S.C.A § 1446 (b) was

3

wholly proper and merit exists for reconsideration and reversal in this case.

THEREFORE, Petitioner Amy Joan Schneider respectfully prays for reconsideration of

the dismissal of Petitioner's case and issue an order granting Petitioner's Motion for Preliminary

Interlocutory Injunction and for any other such relief deemed just and proper.


Respectfully submitted,


Amy Joan Schneider
*Petitioner, Pro Se Litigant*
205 Saratoga Road
Normal IL  61761
309 / 452 - 7466


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document in the above-captioned matter was deposited in the United States mail, first-class postage prepaid, addressed to:

KRISTIN A. KRSEK #6275309
Office of the Attorney General
500 South Second Street
Springfield IL  62706

BRIDGET C. HOGAN
JAMES T. JACKSON
*Third Party Defendants*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

ANDREW BOUREY
*Third Party Defendant*
101 S. Main Street, Suite 600
Decatur, Illinois 62523

KURT B. BICKES
*Third Party Defendant*
101 S. Main Street, Suite 501
Decatur, Illinois 62523

Benito DiTerlizzi
C/O KURT B. BICKES
*Third Party Defendant*
101 S. Main Street, Suite 501
Decatur, Illinois 62523

DAN COATES AND KAREN COATES
4305 Travis St.
San Angelo, TX 76903

on this 30th day of April 2005.

Respectfully submitted,

Amy Joan Schneider
*Petitioner - Pro Se Litigant*
205 Saratoga Road
Normal IL  61761
309 / 452 - 7466

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT** ~~FILED~~
**MACON COUNTY, ILLINOIS**

IN RE:    THE ESTATES OF:    )
                             )    2005 APR -7 P 12: 23
KAELA ELIZABETH SLINEY, a minor, and    )    IN PROBATE
                             )    KATHY A. HOTT
JOSHUA MATTHEW SLINEY, a minor.    )    CIRCUIT CLERK
                             )
————————————————    )    Case # **93-P- 366**
                             )
JOSEPH T. SCHNEIDER and JOAN M.    )
                             )
SCHNEIDER,    )
                             )
        Petitioners/Respondents,    )
                             )
    and    )
                             )
MARK E. SLINEY and AMY J. SCHNEIDER,    )
                             )
        Respondents/Petitioners.    )
                             )
                             )
                             )
The Honorable JOHN K. GREANIAS, in his    )
Individual, as well as, Official Capacity.    )
253 E. Wood Street, Courtroom 3A    )
Decatur, Illinois 62523    )
                             )
The  Honorable ALBERT G. WEBBER IV, in his    )
Individual, as well as, Official Capacity.    )
253 E. Wood Street, Courtroom 6B    )
Decatur, Illinois 62523    )
                             )
The Honorable SCOTT B. DIAMOND, in his    )
Individual, as well as, Official Capacity.    )
253 E. Wood Street, Courtroom 6A    )
Decatur, Illinois 62523    )
                             )
JAMES T. JACKSON    )
*Attorney for the Petitioners*    )
225 N. Water Street, Suite 301    )
Decatur, Illinois 62525-1400    )
                             )
BRIDGET C. HOGAN    )
*Attorney for the Petitioners*    )
225 N. Water Street, Suite 301    )
Decatur, Illinois 62525-1400    )
                             )
                             )
                             )
                             )

- 1 -

Attachment
Case # 05-2097
*Petitioner's Motion to Reconsider*

ANDREW BOUREY                          )
*Guardian Ad Litem*                     )
101 S. Main Street, Suite 600          )
Decatur, Illinois 62523                )
                                       )
                                       )
KURT B. BICKES                         )
*Attorney for Petitioner*               )
101 S. Main Street, Suite 501          )
Decatur, Illinois 62523                )
                                       )
                                       )
                                       )
                                       )
           THIRD PARTY DEFENDANTS      )

## MOTION TO AMEND THIRD PARTY DEFENDANTS INTO THIS CASE

(Pursuant to 735 ILCS 5/2-406 et seq.)

### COMPLAINT

**COMES NOW** on this 7th day of April 2005, the Respondent / Petitioner, acting as a *Pro Se litigant*, is filing a Motion to Amend Third Party Defendants into this case pursuant to 735 ILCS 5/2-406 et seq. The Motion is as follows;

1)      The above referenced Third Party Defendants named are individuals who have interfered with parental rights, have obstructed justice, have committed perjury, and violated laws in the State of Illinois, as well as, Federal laws, in which jurisdiction and venue is proper pursuant to 42 U.S.C. § 1981, 42 U.S.C. § 1985, the 6th Amendment to the United States Constitution, the 14th Amendment to the United States Constitution, constitutionally guaranteed by 42 U.S.C. § 1983, The Uniform Adoption Act, Biological Rights Doctrine, Uniform Child Custody Jurisdiction Act, Punitive and Unknown Fathers Act, and Parental Preference Doctrine, in which a Third Party Summons in this civil action will be attached hereto, and served upon the above named individuals in this complaint.

- 2 -

2)    The Court allowed the Petitioners to commit fraud before the courts and stated that the Respondent / Petitioner is a danger to the safety, health, and welfare of her two Caucasian children, without stating a legal reason, or by Illinois statutes, to terminate parental rights, in which the Respondent / Petitioner does not fit the required elements, due to the fact that she still has residential custody of three other children of African American race, which constitutes child trafficking, extortion and racketeering, parental kidnapping, in which these individuals should be sanctioned.

3)    The Courts, GAL and the Petitioner's attorneys are attempting to drain the Respondent / Petitioner's financial abilities to support her children, as well as, make contemptible allegations, without substantial proof, as law requires, to place the Respondent / Petitioner under duress and fear, which constitutes extortion and racketeering, parental kidnapping, in which these individuals should be sanctioned.

4)    This is evident in the circuit court of not following proper procedures, as law requires, *see ref. Stanley v. Illinois 405 U.S. 645 (1972)*, in order to terminate the parental rights, which constitutes violations of parental rights guaranteed by the 14th Amendment to the United States Constitution, under rights to family, or guaranteed by the 6th Amendment to the United States Constitution, under due process rights, in which jurisdiction and venue is proper pursuant to 42 U.S.C. § 1981, 42 U.S.C. § 1985, the 6th Amendment to the United States Constitution, the 14th Amendment to the United States Constitution, constitutionally guaranteed by 42 U.S.C. § 1983, The Uniform Adoption Act, Biological Rights Doctrine, Uniform Child Custody Jurisdiction Act, Punitive and Unknown Fathers Act, and Parental Preference Doctrine, all of which are removable to a Federal Court of law.

5)    A copy of this will be sent to the Attorney General's to represent the above named

- 3 -

Judges for the circuit court of Macon County, Illinois.

6)    Any and all of the above named Third Party Defendants need to remove themselves from this case immediately.

7)    The Respondent / Petitioner is requesting an automatic stay of all proceedings within this case, until these issues can be resolved, as law requires.

8)    The Respondent / Petitioner is requesting monitory, compensatory, and punitive damages for psychological and mental duress caused by the actions of the Petitioners and Third Party Defendants, within this case, in excess of 4.6 million dollars, as well as, damages incurred by attorney expenses, filing fees, etc.

**THEREFORE,** the Respondent / Petitioner, acting as a *Pro Se litigant*, is filing a Motion to Amend Third Party Defendants into this case pursuant to 735 ILCS 5/2-406 et seq.

Respectfully submitted,

AMY JOAN SCHNEIDER,
*Petitioner Pro Se Litigant*
205 Saratoga Road
Normal IL  61761

- 4 -

# IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## MACON COUNTY, ILLINOIS

IN RE: THE ESTATES OF:

KAELA ELIZABETH SLINEY, a minor, and
JOSHUA MATTHEW SLINEY, a minor

JOSEPH T. SCHNEIDER and JOAN M.
SCHNEIDER,

       Petitioners / Respondents
       v.

MARK E. SLINEY and AMY J. SCHNEIDER,
       Respondents / Petitioners

IN PROBATE

**THIRD PARTY SUMMONS
IN A CIVIL ACTION**
CASE NO: **93 P 366**

To: The Honorable JOHN K. GREANIAS, in his
Individual, as well as, Official Capacity.
253 E. Wood Street, Courtroom 3A
Decatur, Illinois 62523

**YOU ARE HERBY SUMMONED** and required to file with the Clerk of Macon
County Court and serve upon

AMY JOAN SCHNEIDER,
*Petitioner Pro Se Litigant*
205 Saratoga Road
Normal IL 61761
(309) 452 – 7466

an answer to the third-party complaint, which is herewith served upon you within 20 working
days, as law requires, after the service of this summons upon you exclusive of the day of service.
If you fail to do so, judgment by default, will be taken against you for the relief demanded in the
third party complaint of the Petitioner. You have the option of answering or not answering the
Petitioner's complaint pursuant to 735 ILCS 5/2-406 et seq. in which you are required to submit
your defenses, if any, to the Petitioner, on the Petitioner's claim.

_____
**Clerk**

4.7.05
_____
**Date**

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## MACON COUNTY, ILLINOIS

IN RE: THE ESTATES OF:

KAELA ELIZABETH SLINEY, a minor, and
JOSHUA MATTHEW SLINEY, a minor

_____

JOSEPH T. SCHNEIDER and JOAN M.
SCHNEIDER,

       Petitioners / Respondents

       v.

MARK E. SLINEY and AMY J. SCHNEIDER,
       Respondents / Petitioners

IN PROBATE

**THIRD PARTY SUMMONS
IN A CIVIL ACTION**
CASE NO: **93 P 366**

To: The Honorable ALBERT G. WEBBER IV, in his
Individual, as well as, Official Capacity.
253 E. Wood Street, Courtroom 6B
Decatur, Illinois 62523

**YOU ARE HERBY SUMMONED** and required to file with the Clerk of Macon
County Court and serve upon

AMY JOAN SCHNEIDER,
*Petitioner Pro Se Litigant*
205 Saratoga Road
Normal IL 61761
(309) 452 – 7466

an answer to the third-party complaint, which is herewith served upon you within 58 working
days, as law requires, after the service of this summons upon you exclusive of the day of service.
If you fail to do so, judgment by default, will be taken against you for the relief demanded in the
third party complaint of the Petitioner. You have the option of answering or not answering the
Petitioner's complaint pursuant to 735 ILCS 5/2-406 et seq. in which you are required to submit
your defenses, if any, to the Petitioner, on the Petitioner's claim.

_____
**Clerk**

_4-7-05_
**Date**

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## MACON COUNTY, ILLINOIS

IN RE: THE ESTATES OF:

KAELA ELIZABETH SLINEY, a minor, and
JOSHUA MATTHEW SLINEY, a minor

_____

JOSEPH T. SCHNEIDER and JOAN M.
SCHNEIDER,

      Petitioners / Respondents

    v.

MARK E. SLINEY and AMY J. SCHNEIDER,
      Respondents / Petitioners

IN PROBATE

**THIRD PARTY SUMMONS
IN A CIVIL ACTION**
CASE NO: **93 P 366**

To: The Honorable SCOTT B. DIAMOND, in his
Individual, as well as, Official Capacity.
253 E. Wood Street, Courtroom 6A
Decatur, Illinois 62523

**YOU ARE HERBY SUMMONED** and required to file with the Clerk of Macon
County Court and serve upon

AMY JOAN SCHNEIDER,
*Petitioner Pro Se Litigant*
205 Saratoga Road
Normal IL  61761
(309) 452 – 7466

an answer to the third-party complaint, which is herewith served upon you within 19 working
days, as law requires, after the service of this summons upon you exclusive of the day of service.
If you fail to do so, judgment by default, will be taken against you for the relief demanded in the
third party complaint of the Petitioner. You have the option of answering or not answering the
Petitioner's complaint pursuant to 735 ILCS 5/2-406 et seq. in which you are required to submit
your defenses, if any, to the Petitioner, on the Petitioner's claim.

_____
**Clerk**

_____
· **Date**   4·7·05

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## MACON COUNTY, ILLINOIS

IN RE: THE ESTATES OF:

KAELA ELIZABETH SLINEY, a minor, and
JOSHUA MATTHEW SLINEY, a minor

JOSEPH T. SCHNEIDER and JOAN M.
SCHNEIDER,

      Petitioners / Respondents

      v.

MARK E. SLINEY and AMY J. SCHNEIDER,
      Respondents / Petitioners

IN PROBATE

**THIRD PARTY SUMMONS
IN A CIVIL ACTION**
CASE NO: **93 P 366**

To: JAMES T. JACKSON
*Attorney for the Petitioners*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400


**YOU ARE HERBY SUMMONED** and required to file with the Clerk of Macon
County Court and serve upon

AMY JOAN SCHNEIDER,
*Petitioner Pro Se Litigant*
205 Saratoga Road
Normal IL  61761
(309) 452 – 7466

an answer to the third-party complaint, which is herewith served upon you within 20 working
days, as law requires, after the service of this summons upon you exclusive of the day of service.
If you fail to do so, judgment by default, will be taken against you for the relief demanded in the
third party complaint of the Petitioner. You have the option of answering or not answering the
Petitioner's complaint pursuant to 735 ILCS 5/2-406 et seq. in which you are required to submit
your defenses, if any, to the Petitioner, on the Petitioner's claim.


_____
**Clerk**

_____
**Date**   4-7-05

# IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## MACON COUNTY, ILLINOIS

IN RE: THE ESTATES OF:

KAELA ELIZABETH SLINEY, a minor, and
JOSHUA MATTHEW SLINEY, a minor

---

JOSEPH T. SCHNEIDER and JOAN M.
SCHNEIDER,

       Petitioners / Respondents

       v.

MARK E. SLINEY and AMY J. SCHNEIDER,
       Respondents / Petitioners

IN PROBATE

**THIRD PARTY SUMMONS
IN A CIVIL ACTION**
CASE NO: **93 P 366**

To: BRIDGET C. HOGAN
*Attorney for the Petitioners*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

**YOU ARE HERBY SUMMONED** and required to file with the Clerk of Macon
County Court and serve upon

AMY JOAN SCHNEIDER,
*Petitioner Pro Se Litigant*
205 Saratoga Road
Normal IL 61761
(309) 452 – 7466

an answer to the third-party complaint, which is herewith served upon you within 20 working
days, as law requires, after the service of this summons upon you exclusive of the day of service.
If you fail to do so, judgment by default, will be taken against you for the relief demanded in the
third party complaint of the Petitioner. You have the option of answering or not answering the
Petitioner's complaint pursuant to 735 ILCS 5/2-406 et seq. in which you are required to submit
your defenses, if any, to the Petitioner, on the Petitioner's claim.

_____
**Clerk**

_____
**Date**    4.7.05

# IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## MACON COUNTY, ILLINOIS

IN RE:  THE ESTATES OF:

KAELA ELIZABETH SLINEY, a minor, and
JOSHUA MATTHEW SLINEY, a minor

JOSEPH T. SCHNEIDER and JOAN M.
SCHNEIDER,

       Petitioners / Respondents
       v.

MARK E. SLINEY and AMY J. SCHNEIDER,
       Respondents / Petitioners

IN PROBATE

**THIRD PARTY SUMMONS
IN A CIVIL ACTION**
CASE NO: **93 P 366**

To: ANDREW BOUREY
*Guardian Ad Litem*
101 S. Main Street, Suite 600
Decatur, Illinois 62523

**YOU ARE HERBY SUMMONED** and required to file with the Clerk of Macon
County Court and serve upon

AMY JOAN SCHNEIDER,
*Petitioner Pro Se Litigant*
205 Saratoga Road
Normal IL  61761
(309) 452 – 7466

an answer to the third-party complaint, which is herewith served upon you within ~~10~~ 20 working
days, as law requires, after the service of this summons upon you exclusive of the day of service.
If you fail to do so, judgment by default, will be taken against you for the relief demanded in the
third party complaint of the Petitioner. You have the option of answering or not answering the
Petitioner's complaint pursuant to 735 ILCS 5/2-406 et seq. in which you are required to submit
your defenses, if any, to the Petitioner, on the Petitioner's claim.

_____
**Clerk**

_____4.7.05_____
**Date**

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## MACON COUNTY, ILLINOIS

IN RE:  THE ESTATES OF:                                    IN PROBATE

KAELA ELIZABETH SLINEY, a minor, and            **THIRD PARTY SUMMONS**
JOSHUA MATTHEW SLINEY, a minor                  **IN A CIVIL ACTION**
                                                CASE NO: **93 P 366**
_____

JOSEPH T. SCHNEIDER and JOAN M.
SCHNEIDER,

      Petitioners / Respondents
      v.

MARK E. SLINEY and AMY J. SCHNEIDER,
      Respondents / Petitioners

To: KURT B. BICKES
*Attorney for Petitioner*
101 S. Main Street, Suite 501
Decatur, Illinois 62523

**YOU ARE HERBY SUMMONED** and required to file with the Clerk of Macon
County Court and serve upon

AMY JOAN SCHNEIDER,
*Petitioner Pro Se Litigant*
205 Saratoga Road
Normal IL  61761
(309) 452 – 7466

an answer to the third-party complaint, which is herewith served upon you within 20 working
days, as law requires, after the service of this summons upon you exclusive of the day of service.
If you fail to do so, judgment by default, will be taken against you for the relief demanded in the
third party complaint of the Petitioner. You have the option of answering or not answering the
Petitioner's complaint pursuant to 735 ILCS 5/2-406 et seq. in which you are required to submit
your defenses, if any, to the Petitioner, on the Petitioner's claim.

_____          _____
**Clerk**                                               **Date**
                                                        4-7-05

# AFFIDAVIT OF SERVICE

I, David Martin Price, President of General Security Services Corporation, who resides at 3121 SE Fremont Street, Topeka, Kansas 66605, (785) 267-5132 , do hereby certify that a true and correct copy of the foregoing document [Motion to Amend Third Party Defendant's into This Case & A Third Party Summons], was made by personal service to the following individuals for Respondent/Petitioner in Case # 93-P-366, by me on the dates and times listed below.

The Honorable JOHN K. GREANIAS in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 3A
Decatur, Illinois 62523

Time: 2:19 pm

Date: April 7th 2005

The Honorable ALBERT G. WEBBER IV, in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 6B
Decatur, Illinois 62523

Time: 3:16 pm

Date: April 7th 2005

The Honorable SCOTT B. DIAMOND, in his
Individual, as well as, Official Capacity
253 E. Wood Street, Courtroom 6A
Decatur, Illinois 62523

Time: 1:48 pm

Date: April 7th 2005

JAMES T. JACKSON
*Attorney for the Petitioners*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

Time: 2:35 pm

Date: April 7th 2005

BRIDGET C. HOGAN
*Attorney for the Petitioners*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

Time: 1:16 pm

Date: April 7th 2005

ANDREW BOUREY
*Guardian Ad Litem*
101 S. Main Street, Suite 600
Decatur, Illinois 62523

Time: 1:30 pm

Date: April 7th 2005

KURT B. BICKES
*Attorney for Petitioner*
101 S. Main Street, Suite 501
Decatur, Illinois 62523

Time: 3:45 pm

Date: April 7th 2005

Respectfully submitted,

David Martin Price
President of General Security Services Corp.
3121 SE Fremont St.
Topeka, Kansas 66605
(785) 267-5132

**SUBSCRIBED AND SWORN** to before me on this ___7___ day of April 2005.


_____,
**NOTARY PUBLIC**

```
OFFICIAL SEAL
Mark Hoffmire
Notary Public, State of Illinois
My Commission Expires on 12/09/2006
```

My commission expires on: ___12-9-06___,