UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| IN RE: THE ESTATES OF:<br>KAELA ELIZABETH SLINEY, a minor, and<br>JOSHUA MATTHEW SLINEY, a minor.<br><br>JOSEPH T. SCHNEIDER and JOAN M. SCHNEIDER,<br><br>      Petitioners/Respondents,<br><br>  and<br><br>MARK E. SLINEY and AMY J. SCHNEIDER,<br><br>      Respondents/Petitioners,<br><br>  and<br><br>THE HONORABLE JOHN K. GREANIAS, in his Individual, as well as, Official Capacity,<br><br>THE HONORABLE ALBERT G. WEBBER IV, in his Individual, as well as, Official Capacity,<br><br>THE HONORABLE SCOTT B. DIAMOND, in his Individual, as well as, Official Capacity,<br><br>JAMES T. JACKSON, BRIDGET C. HOGAN, ANDREW BOUREY, KURT B. BICKES,<br><br>      THIRD PARTY DEFENDANTS. | Case # 05-2097<br><br>FILED<br>MAY 11 2005<br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS<br>URBANA, IL |

**NOTICE OF APPEAL**

**COMES NOW,** on this 10th day of May, 2005, the Respondent / Petitioner, Amy Joan Schneider, with her Notice of Appeal to the United States 7th Circuit Court of Appeals under appellate jurisdiction pursuant to 28 U.S.C. § 1291. The Respondent / Petitioner is appealing the decisions in the Memorandum and Order of the Honorable Michael P. McCuskey of May 3, 2005.

- 2 -

Respectfully submitted,

*signature: Amy Joan Schneider*
Amy Joan Schneider
*Pro Se Litigant*
205 Saratoga Road
Normal IL  61761
(309) 452-7466

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document in the above-captioned matter was deposited in the United States mail, first-class postage prepaid, addressed to:

KRISTIN A. KRSEK #6275309
Office of the Attorney General
500 South Second Street
Springfield IL  62706

BRIDGET C. HOGAN
JAMES T. JACKSON
*Third Party Defendants*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

ANDREW BOUREY
*Third Party Defendant*
101 S. Main Street, Suite 501
Decatur, Illinois 62523

KURT B. BICKES
*Third Party Defendant*
101 S. Main Street, Suite 600
Decatur, Illinois 62523

BENITO DITERLIZZI
C/O KURT B. BICKES
*Third Party Defendant*
101 S. Main Street, Suite 600
Decatur, Illinois 62523

DAN COATES AND KAREN COATES
4305 Travis St.
San Angelo, TX 76903

on this 10th day of May, 2005.

*[signature: Amy Joan Schneider]*

Amy Joan Schneider
*Pro Se Litigant*
205 Saratoga Road
Normal IL  61761
(309) 452-7466

**Orders on Motions**
2:05-cv-02097-MPM-DGB Schneider et al v. Sliney et al **CASE CLOSED on 04/28/2005**

U.S. District Court

Central District of Illinois

Notice of Electronic Filing

The following transaction was received from DK2, ilcd entered on 5/3/2005 at 9:09 AM CDT and filed on 5/3/2005

**Case Name:** Schneider et al v. Sliney et al
**Case Number:** 2:05-cv-2097
**Filer:**
**WARNING: CASE CLOSED on 04/28/2005**
**Document Number:**

**Docket Text:**
TEXT ORDER. This court has carefully considered Petitioner's Motion to Reconsider [10] and Memorandum in Support [11]. This court notes that Petitioner has cited no authority which would allow her to file a Complaint in state court and then remove it to federal court. This court concludes that no such authority exists. This court again concludes that there is no basis for removing a 1993 state court probate case to federal court. Accordingly, Petitioner's Motion for Reconsideration [10] is DENIED. Entered by Judge Michael P. McCuskey on 05/03/2005. (DK2, ilcd)

The following document(s) are associated with this transaction:

**2:05-cv-2097 Notice will be electronically mailed to:**

Bridget C Hogan    hogan@smsjslaw.com, law@smsjslaw.com

James T Jackson    jtjackson@smsjslaw.com, law@smsjslaw.com

**2:05-cv-2097 Notice will be delivered by other means to:**

Kurt Bickes
PO Box 1700
Decatur, IL 62525

Amy J Schneider
205 Saratoga Road
Normal, IL 61761

CDIL Urbana Div. #05-2097
Notice of Appeal, Exhibit #1

https://ecf.ilcd.circ7.dcn/cgi-bin/Dispatch.pl?335729458042196                    5/3/2005