THIS CASE INVOLVES A QUESTION OF CHILD CUSTODY, ADOPTION, TERMINATION OF PARENTAL RIGHTS OR OTHER MATTER AFFECTING THE BEST INTERESTS OF A CHILD.

## IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## MACON COUNTY, ILLINOIS

| | |
|---|---|
| IN RE:    THE ESTATES OF: ) | |
| ) | |
| KAELA ELIZABETH SLINEY, a minor, and ) | |
| JOSHUA MATTHEW SLINEY, a minor. ) | |
| ) | IN PROBATE |
| _____ ) | |
| JOSEPH T. SCHNEIDER and JOAN M. ) | Case #'s 93-P-366 |
| SCHNEIDER, ) | 03-P-348 |
|     Petitioners/Respondents, ) | 05-CC-017 |
| And ) | |
| ) | Judge Webber |
| MARK E. SLINEY and AMY J. ) | |
| SCHNEIDER, ) | |
|     Respondents/Petitioners. ) | |
| ) | |
| ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on May 10, 2005, Respondent / Petitioner Amy Joan Schneider filed her Notice Of Appeal with the United States District Court in the Central District of Illinois at Urbana, Case #05-2097, and has served a true copy upon all parties named in the above-entitled actions. A true and correct copy of Respondent / Petitioner's Notice of Appeal is attached hereto.



AMY JOAN SCHNEIDER, Pro se
205 Saratoga Road
Normal IL  61761
309-452-7466

COPY

- 1 -

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document in the above-captioned matter was deposited in the United States mail, first-class postage prepaid, addressed to:

KRISTIN A. KRSEK #6275309
Office of the Attorney General
500 South Second Street
Springfield IL 62706

BRIDGET C. HOGAN
JAMES T. JACKSON
*Third Party Defendants*
225 N. Water Street, Suite 301
Decatur, Illinois 62525-1400

ANDREW BOUREY
*Third Party Defendant*
101 S. Main Street, Suite 501
Decatur, Illinois 62523

KURT B. BICKES
*Third Party Defendant*
101 S. Main Street, Suite 600
Decatur, Illinois 62523

BENITO DITERLIZZI
C/O KURT B. BICKES
*Third Party Defendant*
101 S. Main Street, Suite 600
Decatur, Illinois 62523

DAN COATES AND KAREN COATES
4305 Travis St.
San Angelo, TX 76903

on this 10th day of May 2005.

Respectfully submitted,

Amy Joan Schneider
*Petitioner - Pro Se Litigant*
205 Saratoga Road
Normal, IL 61761
(309) 452 - 7466