**E-FILED**

## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

Wednesday, 11 May, 2005 02:55:12 PM
Clerk, U.S. District Court, ILCD

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.*
*Use separate sheet if needed.*

District: *Central District of Illinois*　　　　　　Docket No.: *05-2097*

Division: *Urbana*

### Plaintiff (Petitioner)Short CaptionDefendant (Respondent)

*Joseph T. Schneider, et al., Plaintiffs*　　　　v.　　*Mark E. Sliney, et al., Defendants*

-------------------------------------------------------------------------------------------------

**Current Counsel for Plaintiff (Petitioner):**　　　　**Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: *Bridget C. Hogan*　　　　　　　　　Name: *Amy J. Schneider, Pro Se*

Firm: *Samuels Miller Schroeder Jackson & Sly*　　Firm:

Address: *225 N Water St, Suite 301*　　　　　Address: *205 Saratoga Road*

*Decatur, IL 62523-1400*　　　　　　　　　*Normal, IL 61761*

Phone: *217-429-4325*　　　　　　　　　　Phone: *309-452-7466*

-------------------------------------------------------------------------------------------------

Judge: *Michael P. McCuskey*　　　　　　Nature of Suit Code:　*440*

Court Reporter:　　　　　　　　　　　　Date Filed in District Court: *4/14/05*

　　　　　　　　　　　　　　　　　　　Date of Judgment: *4/28/05*

　　　　　　　　　　　　　　　　　　　Date of Notice of Appeal: *5/11/05*

Counsel:　___Appointed　　　___Retained　XX Pro Se

Fee Status:　___Paid　　XX Due　　___IFP　　___IFP Pending　　___U.S.　　___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:　　___Yes　　XX No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:　THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

*Additional Attorneys for Plaintiffs:*

**James T Jackson**
SAMUELS MILLER SCHROEDER JACKSON & SLY
225 N Water St
Suite 301
Decatur, IL 62523-1400
217-429-4325

**Kurt Bickes**
PO Box 1700
Decatur, IL 62525