# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

June 28, 2005

Before

Hon. William J. Bauer, *Circuit Judge*
Hon. Daniel A. Manion, *Circuit Judge*
Hon. Ilana Diamond Rovner, *Circuit Judge*

| | |
|---|---|
| JOSEPH T. SCHNEIDER and JOAN M. SCHNEIDER,<br>　　Plaintiffs-Appellees,<br><br>No. 05-2379　　　　　v.<br><br>AMY J. SCHNEIDER,<br>　　Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 05 C 2097<br>]<br>] Michael P. McCuskey,<br>]　　Chief Judge. |

O R D E R

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

This court has consistently reminded litigants that an order remanding a case to state court based on a lack of subject matter jurisdiction or a defect in the removal procedure is *not* reviewable on appeal, whether or not the decision is correct. See, *e.g.*, *Rubel v. Pfizer, Inc.*, 361 F.3d 1016 (7th Cir. 2004); *Phoenix Container, L.P. v. Sokoloff*, 235 F.3d 352, 354-55 (7th Cir. 2000); *In re Continental Casualty Co.*, 29 F.3d 292, 293 (7th Cir. 1994).

In the present case, the district court remanded the case to the circuit court of Macon County because it "does not have subject matter jurisdiction." As such, the court's remand order is not reviewable.

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

<u>NOTICE OF ISSUANCE OF MANDATE</u>

DATE: July 28, 2005

TO: John M. Waters
United States District Court
Central District of Illinois
Room 309
100 N.E. Monroe Street
Peoria, IL  61602

FROM: Gino J. Agnello, Clerk

RE: 05-2379
Schneider, Joseph T. v. Schneider, Amy J.
05 C 2097, Michael P. McCuskey, Chief Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[X] No record filed
[ ] Original record on appeal consisting of:

**ENCLOSED:**                                                **TO BE RETURNED AT LATER DATE:**
[ ]    Volumes of pleadings                                  [ ]
[ ]    Volumes of loose pleadings                            [ ]
[ ]    Volumes of transcripts                                [ ]
[ ]    Volumes of exhibits                                   [ ]
[ ]    Volumes of depositions                                [ ]
[ ]    In Camera material                                    [ ]
[ ]    Other _____

       Record being retained for use                         [ ]
       in Appeal No. _____

Copies of this notice sent to:        Counsel of record
[ ]    United States Marshal
[ ]    United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____          _____
(1071-120397)                                  Deputy Clerk, U.S. District Court